**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 17-00257 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| GERARDO C. RODRIGUEZ | MAGISTRATE JUDGE HAYES |

**ORDER**

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their right to object thereto,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Court accepts the guilty plea of the defendant Gerardo Rodriguez, and adjudges him guilty of the offense charged in Count Three of the Indictment against him.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Court accepts defendant's agreement to forfeit and abandon any claim or interest he may have in the firearm(s) and ammunition seized in this matter.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, on this the 21st day of December 2017.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT